DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCES-
SION OF PATRICK ROBERTSON, DECEASED, *versus* FRANCIS
LASSELLE, SURVIVING DEFENDANT OF JAMES AND FRANCIS
LASSELLE

PAPERS IN FILE: [None]

DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCES-
SION OF PATRICK ROBERTSON, DECEASED, *versus* ANTOINE
LASSELLE, JR.

PAPERS IN FILE (1816): (1) Writ of scire facias and return; (2) form of writ
of execution.

UNITED STATES *versus* SAMUEL LEEBE

PAPERS IN FILE (1816): (1) Indictment; (2) capias sur indictment and
return.

UNITED STATES *versus* LOWIN PARKER

PAPERS IN FILE (1816): (1) Indictment; (2) capias sur indictment and
return.